UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:04-00091 |
| | ) | JUDGE CAMPBELL |
| DONTAE LORTANZA WHITE | ) | |

## ORDER

Pending before the Court is a Petition for Revocation of Supervised Release (Docket No. 39). The Court will hold a hearing on the Petition on November 28, 2012, at 1:00 p.m.

    IT IS SO ORDERED.

                                             *Todd Campbell*
                                        TODD J. CAMPBELL
                                        UNITED STATES DISTRICT JUDGE