UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:04-00091 |
| | ) | JUDGE CAMPBELL |
| DONTAE WHITE | ) | |

## ORDER

Pending before the Court is Defendant's Motion To Reschedule Revocation Hearing (Docket No. 52). Through the Motion, the Defendant requests that the revocation hearing, scheduled for March 15, 2013, be continued for one week so counsel for the Defendant can attend a funeral. The Motion indicates that the Government does not object to a continuance.

The Motion is GRANTED. Accordingly, the revocation hearing is CONTINUED until March 22, 2013, at 3:00 p.m.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE