PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Dontae Lortanza White  Case Number: 3:04-00091-01

Name of Judicial Officer: The Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: March 23, 2005

Original Offense: Ct. 1: 18 U.S.C. § 924(c), Possession of Firearm in Furtherance of a Drug Trafficking Crime; Ct. 2: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute MDMA; Ct. 3: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Marijuana; and Ct. 4: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Hydromorphone

Original Sentence: 100 months' custody followed by 3 years' supervised release

Type of Supervision: Supervised Release  Date Supervision Commenced: August 25, 2011

Assistant U.S. Attorney: Philip Wehby  Defense Attorney: Mariah Wooten

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 3 day of May, 2013,
and made a part of the records in the above case.

_____
U. S. District Judge
Todd J. Campbell

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Sr. U.S. Probation Officer
Lisa A. Capps

Place    Columbia, Tennessee

Date    April 23, 2013

**Compliance with Supervision Conditions and Prior Interventions:**

At the revocation hearing held on April 11, 2013, Your Honor directed the Probation Officer to notify you in writing of the results of Mr. White's drug testing.

Mr. White submitted a urine sample on April 17, 2013, that tested negative for the presence of any illicit substances.

Approved: _____
Burton Putman
Supervisory U.S. Probation Officer