UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:04-00091 |
| | ) | JUDGE CAMPBELL |
| DONTAE LORTANZA WHITE | ) | |

ORDER

Pending before the Court is a Motion to Reschedule Revocation Hearing (Docket No. 76). The Motion is GRANTED.

The hearing on the Petition for Revocation of Supervised Release (Docket No. 39) is CONTINUED until January 6, 2014, 10:30 a.m.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE