PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Dontae Lortanza White   Case Number: 3:04-00091-01

Name of Judicial Officer: The Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: March 23, 2005

Original Offense: Ct. 1: 18 U.S.C. § 924(c), Possession of Firearm in Furtherance of a Drug Trafficking Crime; Ct. 2: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute MDMA; Ct. 3: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Marijuana; and Ct. 4: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Hydromorphone

Original Sentence: 100 months' custody followed by 3 years' supervised release

Type of Supervision: Supervised Release   Date Supervision Commenced: August 25, 2011

Assistant U.S. Attorney: Philip Wehby   Defense Attorney: Mariah Wooten

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 6 day of Jan, 2014, and made a part of the records in the above case.

_____
U. S. District Judge
Todd J. Campbell

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Sr. U.S. Probation Officer
Lisa A. Capps

Place   Columbia, Tennessee

Date   January 6, 2014

**Compliance with Supervision Conditions and Prior Interventions:**

At the revocation hearing held on April 11, 2013, Your Honor directed the Probation Officer to notify you in writing of the results of Mr. White's drug testing.

Mr. White submitted a urine screen on November 25, 2013, which tested positive for Opiates, for which he had a prescription. He submitted urine screens on December 12, 2013, and December 30, 2013, which were negative for any illicit substances.

Approved:
Burton Putman
Supervisory U.S. Probation Officer