UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:04-00091 |
| | ) | JUDGE CAMPBELL |
| DONTAE LORTANZA WHITE | ) | |

## ORDER

The Court held a hearing on January 6, 2014, on the Supplemental Petition (Docket No. 72) alleging violations of Defendant's Conditions of Supervision. The parties jointly moved for a continuance until after a state court hearing on a related matter set for February 20, 2014. The motion was GRANTED.

The hearing on the Supplemental Petition (Docket No. 72) is CONTINUED until February 27, 2014, at 9:00 a.m.

It is so ORDERED.

                                                          TODD J. CAMPBELL
                                                         UNITED STATES DISTRICT JUDGE